CHARLES THOMPSON, State Bar No. 139841
  charles.thompson@gtlaw.com
DAVID BLOCH, State Bar No. 184530
  david.bloch@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
  guzmanan@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant
BYTEDANCE, INC.

DEMERY RYAN, State Bar No. 217176
  dryan@littler.com
DAVID S. MAOZ, State Bar No. 233857
  dmaoz@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308
Facsimile: 800.715.1330

Attorneys for Defendant
SHUYI (SELENE) GAO
[*Additional Counsel on Next Page*]

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff<br><br>v.<br><br>BYTEDANCE INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF DEMERY RYAN IN SUPPORT OF NOTICE AND PETITION FOR REMOVAL**<br><br>[Originally San Francisco Superior Court No. CGC-23-606246]<br><br>Complaint Filed:     May 1, 2023<br>Amended Complaint Filed:   May 12, 2023<br>Removed On:     July 13, 2023 |

**ADDITIONAL COUNSEL**

GREGORY ISKANDER, State Bar No. 200215
  giskander@littler.com
LITTLER MENDELSON, P.C.
Treat Towers 1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
SHUYI (SELENE) GAO

**DECLARATION OF DEMERY RYAN IN SUPPORT OF REMOVAL**

I, DEMERY RYAN, declare the following:

1. I am a Shareholder of Littler Mendelson P.C., counsel for Defendant SHUYI (SELENE) GAO in this matter. I am over the age of 18-year-old, licensed to practice law in the State of California, competent to testify on the matters set forth herein, and would so testify if called on to do so. The statements herein are based upon my own personal knowledge.

2. On May 1, 2023, Plaintiff commenced this action in the San Francisco Superior Court, entitled *Yintao Yu v. ByteDance, Inc., et seq.,* Case No. CGC-23-606246 (hereinafter the "Complaint"). The Complaint alleges causes of action for: (1) Retaliation under California Labor Code § 1102.5; (2) Disability Discrimination under California's Fair Employment and Housing Act ("FEHA"); (3) Failure to Prevent Discrimination under FEHA; (4) Retaliation under FEHA; (5) Interference under California's Family Rights Act ("CFRA"); (6) Retaliation under CFRA; (7) Breach of Contract; (8) Breach of the Covenant of Good Faith and Fair Dealing; (9) Wrongful Termination in Violation of Public Policy; and (10) Unfair Business Practices.

3. On May 15, 2023, Plaintiff filed his First Amended Complaint. The First Amended Complaint alleges causes of action for: (1) Unfair Business Practices – Public Injunction; (2) Retaliation under California Labor Code § 1102.5; (3) Failure to Prevent Disability Discrimination under California's Fair Employment and Housing Act ("FEHA"); (4) Retaliation under FEHA; (5) Breach of Contract; (6) Breach of the Covenant of Good Faith and Fair Dealing; (7) Wrongful Termination in Violation of Public Policy; (8) Unfair Business Practices – Retaliation; and (9) Failure to Pay All Wages Due on Termination. Plaintiff alleges all causes of action against ByteDance and causes of action eight (Unfair Business Practices – Restitution) and nine (Failure to Pay All Wages Due on Termination) against Ms. Gao.

4. On July 3, 2023, Defendant was served with the Summons and First Amended Complaint, as well as other enclosed San Francisco County documents and pleadings. DOES 1 through 20 are unnamed and unknown, and to Defendant's knowledge, have not been served. True and correct copies of the Summons, Complaint, First Amended Complaint, and other San Francisco County Superior Court documents are attached hereto as **Exhibit 1**, **Exhibit 2**, **Exhibit**

**3,** and **Exhibit 4**, respectively. To date, Exhibit 1, Exhibit 2, Exhibit 3, and Exhibit 4 constitute all process, pleadings, and orders received by Defendant.

5. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed with the Clerk of Court of the Superior Court of the State of California in and for the County of San Francisco and served upon Plaintiff and all parties. Proof of Service of the Notice to the Superior Court Clerk of Removal to Federal Court and of the Notice to Plaintiff of Removal to Federal Court will be filed with this Court immediately.

*   *   *

Pursuant to the laws of the State of California, I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of July 2023, at Los Angeles, California.

*/s/ Demery Ryan*
Demery Ryan