CHARLES H. JUNG (217909)
(charles@njfirm.com)
JAIME DORENBAUM (289555)
(jaime@njfirm.com)
PAGE BARNES (154539)
(page@njfirm.com)
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
Telephone:  (415) 762-3100
Facsimile:   (415) 534-3200

Attorneys for Plaintiff
YINTAO YU

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE, INC., a Delaware Corporation; SHUYI (SELENE) GAO, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 23-cv-00707-SI<br>Case No. 23-cv-03503-SI<br><br>**DECLARATION OF JAIME DORENBAUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date:　　September 8, 2023<br>Time:　　10:00 a.m.<br>Dept.:　　San Francisco Courthouse<br>　　　　　Courtroom 1<br>　　　　　Hon. Susan Illston<br>Location:　Via Zoom<br><br>*Complaint filed: May 1, 2023*<br>*Amended Complaint filed: May 12, 2023*<br>*Removed: July 13, 2023* |

I, Jaime Dorenbaum, declare as follows:

1.  I am one of the attorneys representing Plaintiff Yintao Yu ("Plaintiff") in the above-captioned matter. I am admitted to practice law before this Court and all California Courts. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings ("MTCA"). I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify to the following.

2.  On July 25, 2023, I emailed counsel for Defendants requesting that they authenticate Exhibit A to the Declaration of James Liu in Support of Defendants' MTCA by providing the original version of the agreement attached as Exhibit A and any related communications that could demonstrate that the attached agreement was signed in August 2017. Attached as **Exhibit 1** is a true and correct copy of the email thread containing my email exchange with opposing counsel.

3.  My email stated:

Chuck -

Reviewing the Declaration of Mr. Liu in support of Defendants' Motion to Compel Arbitration, we observe irregularities regarding the purported CIAA agreement that contains the arbitration provision. For example,

1. The purported agreement is not countersigned;
2. the signature page is missing a page number even though the prior pages are numbered; and
3. the signature page is followed by a "Form of Termination Certificate" that is dated long before ByteDance claims it laid off Mr. Yu. Indeed, the Certificate of Termination is dated the same day he supposedly agreed to the arbitration provision in August 2017.

Considering these irregularities, please provide us with the original agreement, which as Mr. Liu declares, bears Mr. Yu's "physical" signature. We request that you also provide us any and all correspondence attaching the original agreement, and any copies of the same that were made at the time Mr. Yu purportedly signed the agreement. We look forward to your prompt response with the requested documents. If we do not hear back from you by Thursday, July 28 at 10:00 a.m. PST, we will assume you were unable to locate the requested documents because they do not exist. Please don't hesitate to contact me if you have any questions or concerns.

Thank you,

Jaime

4. I sent a follow up email to clarify the requested response date soon after, stating "Apologies for the confusion, but Thursday is July 27. We look forward to hearing back from you by 10:00 am on Thursday, July 27. Thank you."

5. Within minutes, opposing counsel responded, stating:

Hi, Jaime:

You are not the Court and you should "assume" nothing based on our response or decision not to respond to your unwarranted and out-of-time discovery requests. Your client knows what he signed, and he knows why he is ignoring the contracts he signed. Kindly do not pretend that we or our clients "agree" to anything based on the fact that we decline to obey arbitrary (and non-binding) deadlines that you purport to select based on your own failure to fully investigate Mr. Yu's claims. Thanks.

Best--DSB

6. Defendants engaged in no meet and confer prior to filing their MTCA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2023 in Los Angeles, California.

*/s/ Jaime Dorenbaum*

Jaime Dorenbaum
