UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 1, 2023 | **Time:** 10:05 – 10:29<br>24 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 23-cv-03503-SI | **Case Name:** Yu v. ByteDance Inc. | |

**Attorney for Plaintiff:** Jaime Dorenbaum
**Attorney for Defendant:** Charles Thompson, Anthony Guzman, Gregory Iskander

**Deputy Clerk:** Esther Chung          **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Motion to Remand (Dkt. 18) – Held via Zoom webinar.

## SUMMARY

The Court provided its tentative ruling. The parties presented their oral arguments and rebuttals. The Court instructed the parties to email copies of the demonstratives to all parties and copy the Court on their email. The matter was submitted.